UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FREDDIE JAMES PREWITT,

                    Petitioner,

v.

BRUCE REISER, Warden, D.O.C. Minnesota,

                    Respondent.

Civil No. 13-2866 (JRT/LIB)

**ORDER ON REPORT AND RECOMMENDATION**

Freddie James Prewitt, 137814, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* petitioner.

Thomas A Weist, **HENNEPIN COUNTY ATTORNEY'S OFFICE,** 300 Sixth Street South, Suite C-2000, Minneapolis, MN 55487, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

That Petitioner's Motion Default Judgment, [Docket No. 16], is **DENIED.**

DATED: January 7, 2014  
at Minneapolis, Minnesota

                                                     s/John R. Tunhiem  
                                                      JOHN R. TUNHEIM  
                                                  United States District Judge